## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**MARK BARTO**                                  **CIVIL ACTION**

**VERSUS**                                        **NO. 13-6081**

**McDERMOTT INTERNATIONAL, INC. AND**
**SHORE CONSTRUCTION, LLC**         **SEC. "J" (3)**
                                                  **RULE 9(h) BENCH TRIAL**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF RULE 41 VOLUNTARY DISMISSAL OF McDERMOTT INTERNATIONAL, INC.

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Mark Barto, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, moves for a voluntary dismissal of McDermott International, Inc. without prejudice.

Said defendant has not filed an Answer or made a formal appearance in this matter. Therefore, Rule 41(a)(1) voluntary dismissal of this defendant only without prejudice is appropriate.

Respectfully submitted,

/s/ Beth E. Abramson
DAVID A. ABRAMSON, T.A. (#21435)
BETH E. ABRAMSON (#27350)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Tel:    504-588-1500
Fax:    504-588-1514
abramson@lksalaw.com
babramson@lksalaw.com

and

Blaine Barrilleaux (#25567)
1229 Camellia Blvd., Suite A
Lafayette, LA 70508
Telephone: (337) 406-8759
Fax: (337) 706-7513
blaine@barrilleauxlaw.com
Attorneys for the Plaintiff

## **CERTIFICATE**

I do hereby certify that I have on this 25th day of October, 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties to this proceeding.


/s/ Beth E. Abramson