UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK BARTO                                CIVIL ACTION

VERSUS                                    NO:13-6081

MCDERMOTT INTERNATIONAL, INC              SECTION: "J" (3)
AND SHORE CONSTRUCTION, LLC

## ORDER

Before the Court is Plaintiff's Notice of Rule 41 Voluntary Dismissal of McDermott International, Inc. (Rec. Doc. 8). Federal Rule of Civil Procedure 41(a)(1)(A)(I) provides that a plaintiff may voluntarily dismiss his complaint by filing a notice of dismissal before the opposing party files either an answer or a motion for summary judgment. In this case, Defendant McDermott International, Inc. has not made such filings; therefore, he is entitled to voluntarily dismiss his case under Rule 41(a)(1)(A)(I).  Accordingly,

**IT IS ORDERED** that the Clerk of Court is directed to **DISMISS** all claims against McDermott International, Inc. without prejudice.

New Orleans, Louisiana this the 31st day of October, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE