UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK BARTO** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 13-6081** |
| **J. RAY MCDERMOTT INTERNATIONAL VESSELS, LTD., ET AL** | **SECTION: "J" (3)** |

## F I N A L   J U D G M E N T

Considering the Court's Findings of Fact and Conclusions of Law rendered in open court on November 13, 2014,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Plaintiff MARK BARTO and against Defendant McDERMOTT, INC., in the total amount of $1,079,155.36, which includes the following damages:

| | |
|---|---|
| Past Medical Expenses: | $ 138,794.36 |
| Past Loss of Wages: | $ 40,361.00 |
| Past General Damages: | $ 200,000.00 |
| Future Loss of Earnings: | $ 300,000.00 |
| Future General Damages: | $ 400,000.00 |
| TOTAL DAMAGES: | $1,079,155.36 |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Plaintiff MARK BARTO and against Defendant SHORE CONSTRUCTION, LLC, for unpaid cure in the amount of $138,794.36. SHORE CONSTRUCTION, LLC

is jointly and severally liable with Defendant McDERMOTT, INC. for this amount, but Plaintiff shall not be entitled to duplicative recovery of these medical expenses.

IT IS FURTHER ORDERED that SHORE CONSTRUCTION, LLC shall continue to pay maintenance benefits at the rate of $35 per day plus reasonable and necessary medical expenses until Plaintiff MARK BARTO has reached maximum medical improvement.

Prejudgment interest at the rate of 4% per annum is awarded on all past damages, to run from May 1, 2013 until paid.  Post-judgment interest at the federal legal rate of interest is awarded on the entire judgment from the date of judgment until paid.   All taxable costs are taxed against Defendants McDERMOTT, INC. and SHORE CONSTRUCTION, LLC, jointly and in solido.

IT IS FURTHER ORDERED that there be judgment in the favor of Defendant, J. RAY MCDERMOTT INTERNATIONAL VESSELS, LTD., and against MARK BARTO, dismissing Plaintiff's unseaworthiness claim with prejudice.

Dated at New Orleans, Louisiana, this  14th  day of NOVEMBER, 2014.

UNITED STATES DISTRICT JUDGE